right to issuance of the writ is "clear and indisputable." *Allied Chemical Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35, 101 S.Ct. 188, 66 L.Ed.2d 193 (1980). "Where a matter is committed to discretion, it cannot be said that a litigant's right to a particular result is 'clear and indisputable.'" *Id.* at 36.

While we are not unsympathetic to Hick's desire to have his claim resolved immediately, the Court of Appeals for Veterans Claims is closely monitoring the progress of his case through numerous status reports. Further, the matter has not been before the Court of Appeals for Veterans Claims for an unreasonable length of time. Thus, we conclude that Hicks has failed to demonstrate that his right to a writ is clear and indisputable. *Allied,* 449 U.S. at 35.

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus is denied.

**Jeffrey M. HATHAWAY, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

**No. 03–3288.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 23, 2003.

### ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of this order.

**STATE CONTRACTING & ENGINEERING CORPORATION
Plaintiff–Appellant,**

v.

**CONDOTTE AMERICA, INC. (formerly known as Recchi America, Inc.), The Murphy Construction Company, the Hardaway Company, Hubbard Construction Company, Balfour Beatty Construction, Inc., Community Asphalt Corporation, and Hanson Pipe & Products Southeast, Inc. (formerly known as Joelson Concrete Pipe Company, Inc.), Defendants,**

and

**Florida Department of Transportation,
Non Party–Appellee.**

**No. 03–1589.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 23, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

NTN BEARING CORPORATION OF AMERICA, American NTN Bearing Manufacturing Corporation, NTN Bower, Inc., and NTN Corporation Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

The Timken Company, Defendant–Appellee.

No. 03–1592.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 27, 2003.

**Rafael A. RUIZGARCIA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5181.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 24, 2003.

### ORDER

Appellant having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due within 21 days from the date of of this order.

### ORDER

Upon consideration of the consent motion filed by the Plaintiffs–Appellants NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Bower, Inc. and NTN Corporation (hereinafter collectively referred to as "NTN") to withdraw the appeal in this case, it is hereby

ORDERED that NTN's appeal is dismissed.